I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST REGENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6 16 2011

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RONALD BALTIERRA,                    )
      Petitioner,                    )     EDCV 10-1658 JSL (RNB)
                )
v.                                   )     ORDER DISMISSING
                )     PETITION WITH PREJUDICE
JOHN MARSHALL,                       )
      Respondent.                    )
_____      )

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner Ronald Baltierra's
Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. §
2254 ("Petition"), all of the records and files herein, and the Report and
Recommendation of the United States Magistrate Judge. Objections to the Report and
Recommendation have been filed and the Court has made a de novo determination of
those portions of the Report and Recommendation to which objections have been made.

      Having reviewed the papers filed in connection with this matter and being fully
apprised of the relevant facts and law, the Court finds that there is no legal basis for

//
//
//
//

relief.

THEREFORE, IT IS HEREBY ORDERED that the Petition is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: June 15, 2011

_____
J. Spencer Letts
United States District Judge