ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/16/2011

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BALTIERRA, | EDCV 10-1658 JSL (RNB) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| JOHN MARSHALL, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Spencer Letts

DATED: June 15, 2011

_____
J. Spencer Letts
United States District Judge